UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LUISA NAVARRO BARRERA,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | Case No.  25-cv-05260-RFL   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO COMPEL**<br><br>Re: Dkt. Nos. 27, 28 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery.  For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Civil Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.  Please contact the Courtroom Deputy Clerk at ljccrd@cand.uscourts.gov with any administrative questions.

Defendants' Motion to Compel (ECF No. 27) is denied without prejudice to refiling a joint letter consistent with this Court's Civil Standing Order.  Pursuant to Part F.5 of the Standing Order, the parties shall formally meet and confer in person or by videoconference regarding the dispute no later than February 27, 2026, and if they are unable to resolve the dispute, shall file a joint letter no later than March 6, 2026.

**IT IS SO ORDERED.**

Dated: February 24, 2026

LISA J. CISNEROS
United States Magistrate Judge